**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TIERRA MONET MARSHALL ) | Case No. 21−31017−KLP |
| ) | Chapter 7 |
| Debtor ) | |

## MOTION FOR EXTENSION OF TIME FOR FILING REAFFIRMATION AGREEMENT

COMES NOW the Debtor, by counsel, and files this Motion to extend the time for the filing of a Reaffirmation Agreement, and in support hereof states unto the Court as follows:

1. The Debtor filed the Chapter 7 petition herein on April 13, 2021.

2. The Debtor's Statement of Intention indicates a desire to reaffirm a car loan with Exeter Finance LLC.

3. Exeter Finance LLC has provided Debtor's counsel with a Reaffirmation Agreement for the Debtor to execute and the counsel is waiting on the Debtor to sign the document.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order to extending the time for the filing of a Reaffirmation Agreement, and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

        Respectfully submitted,

        TIERRA MONET MARSHALL

        By: /s/ James E. Kane
                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

        /s/ James E. Kane
           James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TIERRA MONET MARSHALL ) | Case No.  21−31017−KLP |
| ) | Chapter 7 |
| Debtor ) | |

## NOTICE OF MOTION

The above Debtor has filed a Motion to extend the time for the filing of a Reaffirmation Agreement.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within seven (7) days from the date of this Notice, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    P.O. Box 508
    Richmond, Virginia  23218

- Attend a hearing to be scheduled by the Court.  You will receive a separate notice of hearing.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

TIERRA MONET MARSHALL

By: /s/ James E. Kane
       Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
James E. Kane

AssetCare
Attn: Bankruptcy
Po Box 1127
Sherman, TX 75091


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cnac Of Richmond
7400 Midoothian Pike
Richmond, VA 23235



Exeter Auto Finance
PO Box 66008
Irving, TX 75016


Gilliam & Mikula, PLLC
804 Moorefield Park Drive
Suite 200
Richmond, VA 23236-3671


Integrated Automobile Finance
4505 West Broad Street
Richmond, VA 23230


Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346


Lab Corp
PO Box 2240
Burlington, NC 27216



Mark D. Kidd, Esq.
P.O. Box 20487
Roanoke, VA 24018

Ortho Virginia
PO Box 35725
Richmond, VA 23235

Peoples Advantage Fe
Attn: Bankruptcy
Po Box 3180
Petersburg, VA 23805

Professional Debt Mediation
Attn: Bankruptcy
7948 Baymeadows Way, 2nd Floor
Jacksonville, FL 32256

Usdoe/Glelsi
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

```
AssetCare
Attn: Bankruptcy
Po Box 1127
Sherman, TX 75091


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cnac Of Richmond
7400 Midoothian Pike
Richmond, VA 23235


Exeter Auto Finance
PO Box 66008
Irving, TX 75016


Gilliam & Mikula, PLLC
804 Moorefield Park Drive
Suite 200
Richmond, VA 23236-3671


Integrated Automobile Finance
4505 West Broad Street
Richmond, VA 23230


Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346


Lab Corp
PO Box 2240
Burlington, NC 27216


Mark D. Kidd, Esq.
P.O. Box 20487
Roanoke, VA 24018


Ortho Virginia
PO Box 35725
Richmond, VA 23235
```

```
Peoples Advantage Fe
Attn: Bankruptcy
Po Box 3180
Petersburg, VA 23805


Professional Debt Mediation
Attn: Bankruptcy
7948 Baymeadows Way, 2nd Floor
Jacksonville, FL 32256


Usdoe/Glelsi
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707


Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304
```